UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CORROSION TECHNOLOGIES & TRAINING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>Defendant. | Case No. 23-cv-03879-WHA<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Vince Chhabria for consideration of whether the case is related to 20-cv-9095-VC.

**IT IS SO ORDERED.**

Dated: April 10, 2024

WILLIAM ALSUP
United States District Judge