UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON PRODUCTS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ADVANCED CORROSION TECHNOLOGIES & TRAINING, LLC,<br><br>    Defendant. | Case No. 20-cv-09095-VC<br><br>**ORDER TO SHOW CAUSE** |

Former counsel for ACTT, David A. Ericksen, is ordered to show cause why he should not be sanctioned pursuant to the Court's inherent authority for making the misrepresentations described in Chevron's now-withdrawn motion for attorneys' fees.

A written response to the order to show cause is due within 7 days. A Zoom hearing on the order to show cause is scheduled for May 16, 2024, at 2:00 p.m. Counsel for Chevron is directed to appear at this hearing, for the purpose of assisting the Court in assessing the accuracy of any statements made by Mr. Ericksen. Counsel for Chevron may request that the time spent preparing for and attending this hearing be compensated by Ericksen as part of any sanctions order issued by the Court.

**IT IS SO ORDERED.**

Dated: April 30, 2024

_____
VINCE CHHABRIA
United States District Judge